UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.4:10CV01367 AGF |
| ) | |
| $9,647.00, *Nine Thousand, Six Hundred* ) | |
| *Forty-Seven Dollars and No Cents in* ) | |
| *United States Currency*, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion.  The Court previously issued two Orders (Doc. Nos. 28 & 30) requiring the Claimant, Patrice Nevins, (i)to contact the Assistant United States Attorney ("AUSA") assigned to this case and advise the AUSA of a telephone number at which she can be reached and (ii) to confer in good faith with the AUSA to file a proposed amended Case Management Order.  The Court also advised Claimant that failure to respond to or comply with those Orders would result in sanctions, including the dismissal of her claim to the funds at issue here.  (Doc. No. 30)  As of the date of this Order, Claimant has not responded to, or complied with, either of the orders and the time to do so has expired.  The Court therefore exercises its authority to dismiss this action for failure to prosecute and/or comply with the Orders of this Court.  *See* Fed. R. Civ. P. 41(b).

- 2 -

Accordingly,

**IT IS HEREBY ORDERED** that the claim of Patrice Nevins to the funds at issue here is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(b).

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 21st day of May, 2013.