UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CV01367 AGF |
| ) | |
| NINE THOUSAND SIX HUNDRED ) | |
| AND FORTY SEVEN DOLLARS ) | |
| (9,647.00) U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

# **MEMORANDUM**

On August 22, 2013, the Clerk of the Court entered a default in this action. *See* Doc. No. 36. Plaintiff, the United States of America, now moves this Court the court for a default judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2), against the interest of Patrice Nevins in the defendant currency for failure to file a claim or answer or otherwise defend as provided in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. *See* Doc. No. 35. Upon review of the file, the Court notes that after the complaint for forfeiture was filed, the claimant, Patrice Nevins, was served with process through the United States mail; and that any and all other potential claimants have been served by publication. *See* Doc. Nos. 1, 2, 8, 9, 32, 33 & 37. In addition, the Court is satisfied that Plaintiff has shown reasonable cause, pursuant to 28 U.S.C. § 2465, for seizure of the defendant currency. Finally, the record before the Court indicates that the claim of the sole claimant, Patrice Nevins, has been

dismissed and no other potential claimant has filed a claim to the defendant currency.

*See* Doc. No.31.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of the United States for a judgment of default against the defendant currency is **GRANTED**.  (Doc. No. 35.)

**IT IS FURTHER ORDERED** that a separate judgment of default shall accompany this Memorandum.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2014.